# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELISSA SPEER,

        Plaintiff(s),

v.

JEREMY MONDEJAR,

        Defendant(s).

2:21-cv-01355-RFB-VCF

**ORDER**

Before the court is *Elissa Speer v. Jeremy Mondejar*, case number 2:21-cv-01355-RFB-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before May 4, 2022.

DATED this 20th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE