**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ELISSA SPEER, | |
| Plaintiff, | 2:21-cv-01355-RFB-VCF |
| v. | **ORDER** |
| JEREMY MONDEJAR, | |
| Defendant. | |

Before the Court are the proposed discovery plan (ECF NO. 19) and motion to stay (ECF NO. 20).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the proposed discovery plan (ECF NO. 19) and motion to stay (ECF NO. 20), is scheduled for **10:00 AM, July 5, 2022**, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that plaintiff Elissa Speer must appear at the scheduled hearing.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 1, 2022.

The Clerk of Court is directed to mail a copy of this order to plaintiff Elissa Speer at the following address:

Elissa Speer
PO Box 652
Norwich, CT 06360

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 6th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE